| | |
|---|---|
| RICHARD J. REYNOLDS | STATE BAR NO. 89911 |
| ELIZABETH DOLAN SCOTT | STATE BAR NO. 241376 |

TURNER, REYNOLDS, GRECO & O'HARA
A Law Corporation
16485 Laguna Canyon Road, Suite 250
Irvine, California 92618-3837

Telephone:  949 474-6900
Facsimile:  949 474-6907
E-Mail:     rreynolds@trlawyers.com
            escott@trlawyers.com

Attorneys for Defendant, MTC FINANCIAL INC., dba TRUSTEE CORPS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA C. NEWMAN; MICHAEL K. NEWMAN<br><br>Plaintiffs,<br><br>vs.<br><br>ONEWEST BANK, FSB; INDYMAC FEDERAL BANK, FSB; MTC FINANCIAL INC., dba TRUSTEE CORPS; FRANKLIN BANK, SSB; INDYMAC MORTGAGE SERVICES, FDIC as Receiver of INDYMAC Federal Bank - #10007; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee on behalf of the Certificate holders of the Residential Asset Securitization Trust 2006-A16, Mortgage Pass-Through Certificates Series 2006-P, as assignee of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. ("MERS"), acting as nominee for IndyMac Bank FSB, and; and DOES 1 through 1000 inclusive<br><br>Defendants. | CASE NO. 5:10cv-00064-AHM (DTBx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT AGAINST DEFENDANT MTC FINANCIAL INC., dba TRUSTEE CORPS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED**<br><br>[Fed. R. Civ. P. Rules 12(b)(6)]<br><br>**Filed Under Separate Cover:**<br>1. Memorandum of Points and Authorities in Support Thereof [Fed. R. Civ. P. Rule 12 (b)(6)]<br>2. Request for Judicial Notice<br><br>DATE:  June 28, 2010<br>TIME:  10:00 a.m.<br>CRTM:  14 |

TO THE HONORABLE A. HOWARD MATZ, UNITED STATES DISTRICT COURT JUDGE, AND TO PLAINTIFFS:

///

///

---

853516.361

00254967.WPD; 1    NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

1

1     **PLEASE TAKE NOTICE** that on June 28, 2010 at 10:00 a.m., or as soon
2 thereafter as the matter may be heard, in Courtroom 14, of the above-entitled Court located
3 at 312 N. Spring Street, Los Angeles, California 90012, Defendant MTC Financial Inc.,
4 dba Trustee Corps ("TRUSTEE CORPS") will and does hereby move the Court to Dismiss
5 the First Amended Complaint, <u>with prejudice</u>, for failure to state a claim upon which relief
6 may be granted. This Motion is made and based upon Rule 12(b)(6) of the Federal Rules of
7 Civil Procedure.

8     This Motion will be made and based upon this Notice, the Memorandum of Points
9 and Authorities submitted herewith, the Declaration of Elizabeth Dolan Scott together with
10 the Request for Judicial Notice in Support of the Motion, which are concurrently filed
11 under separate cover, and upon all pleadings, papers and documents on file herein, together
12 with those matters of which judicial notice has been requested, and any oral argument
13 which may be presented at the time of the hearing.

14     Pursuant to Local Rule 7-3, the parties met and conferred on April 8, 2010.

16 Dated: April 9, 2010                           **TURNER, REYNOLDS, GRECO & O'HARA**

By: *Elizabeth Dolan Scott*
RICHARD J. REYNOLDS
ELIZABETH DOLAN SCOTT
Attorneys for Defendant, MTC Financial Inc.,
dba Trustee Corps

---

853516.361
00254967.WPD; 1    NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT    2